IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| JOE NATHAN JAMES, JR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CIV. ACT. NO. 1:22-cv-241-TFM-N |
| | ) | |
| STEVE MARSHALL, | ) | |
| | ) | |
| Defendant. | ) | |

ORDER

It is **ORDERED** that pursuant to 28 U.S.C. § 636(b)(1), the above-styled action is **REFERRED** to the Magistrate Judge for consideration and disposition or recommendation on all pretrial matters as may be appropriate.

DONE and ORDERED this 23rd day of June, 2022.

/s/ Terry F. Moorer
TERRY F. MOORER
UNITED STATES DISTRICT JUDGE