# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| JOE NATHAN JAMES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIV. ACT. NO. 1:22-cv-241-TFM-N |
| | ) |
| STEVE MARSHALL, | ) |
| Attorney General of Alabama, | ) |
| | ) |
| Defendants, | ) |

## NOTICE OF APPEARANCE

COMES NOW the undersigned, Richard D. Anderson, and enters his appearance as counsel for the Respondent in the above-styled cause.

Respectfully submitted,

Steve Marshall
*Attorney General*


***s/ Richard D. Anderson***
Richard D. Anderson
*Assistant Attorney General*

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 24, 2022, I electronically filed the foregoing with the Clerk of the Court using CM/ECF. A copy was also served on the petitioner by FedEx Priority Overnight addressed as follows:

Joe Nathan James Jr.
AIS # Z610
Holman Prison
1240 Ross Road
Atmore, Alabama 36502

                                                    *s/ **Richard D. Anderson***
                                                    Richard D. Anderson
                                                    *Assistant Attorney General*

ADDRESS OF COUNSEL:

Office of the Attorney General
Capital Litigation Division
501 Washington Avenue
Montgomery, AL  36130
Tel:  (334)  353-2021
Fax:  (334)  353-8400
Richard.Anderson@AlabamaAG.gov