Monday, June 27, 2022 at 09:38:03 Central Daylight Time

**Subject:** UPS Delivery Notification, Tracking Number 1Z3388762493784640
**Date:** Monday, June 27, 2022 at 8:40:33 AM Central Daylight Time
**From:** UPS
**To:** Tammy Thornton

**CAUTION - EXTERNAL:**

**Hello, your package has been delivered.**

**Delivery Date:** Monday, 06/27/2022
**Delivery Time:** 8:38 AM
**Signed by:** EAGERTON

| Set Delivery Instructions | Manage Preferences | View My Packages |

## US DISTRICT COURT

| | |
|---|---|
| **Tracking Number:** | 1Z3388762493784640 |
| **Ship To:** | ATTORNEY GENERAL - STATE OF ALABAMA<br>501 WASHINGTON AVE<br>MONTGOMERY, AL 36104<br>US |
| **Number of Packages:** | 1 |
| **UPS Service:** | UPS Next Day Air® |
| **Package Weight:** | 0.0 LBS |
| **Reference Number:** | 22-CV-241-TFM |
| **Reference Number:** | MEH |

Download the UPS mobile app

© 2022 United Parcel Service of America, Inc. UPS, the UPS brandmark, and the color brown are trademarks of United Parcel Service of America, Inc. All rights reserved.

All trademarks, trade names, or service marks that appear in connection with UPS's services are the property of their respective owners.

Please do not reply directly to this email.

**Manage Your UPS My Choice Delivery Alerts**

**Review the UPS Privacy Notice**

**Review the UPS My Choice Service Terms**

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.