IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| JOE NATHAN JAMES, JR., <br> AIS 0000Z610, <br><br> Plaintiff, <br><br> v. <br><br> STEVE MARSHALL, <br> Attorney General of Alabama <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> )   CIV. ACT. NO. 1:22-cv-241-TFM-N <br> ) <br> ) <br> ) <br> ) <br> ) |

**ORDER**

On July 1, 2022, Defendant filed a Motion to Dismiss Plaintiff's Complaint pursuant to Fed. R. Civ. P. 12(b)(6) which also contains a response to the motion for preliminary injunction. *See* Doc. 8.  For the purposes of clarity, the Court construes the document as both a motion to dismiss and a response to the preliminary injunction.  The Court considers the preliminary injunction to be fully submitted and will take it under consideration at this time.

With regard to the motion to dismiss, Plaintiff may file a response on or before **July 15, 2022** and Defendant shall have (3) calendar days from the date of the response to file any reply it wishes to file.  The motion shall be taken under submission on that date for determination without oral argument unless the Court later determines oral argument is necessary.

The Clerk of Court is **DIRECTED** to send a copy of this order to the Plaintiff by overnight mail.

**DONE** and **ORDERED** this 5th day of July, 2022.

/s/ Terry F. Moorer
TERRY F. MOORER
UNITED STATES DISTRICT JUDGE