Wednesday, August 10, 2022 at 15:52:51 Central Daylight Time

**Subject:** UPS Delivery Notification, Tracking Number 1Z3388762495304977
**Date:** Tuesday, July 19, 2022 at 10:15:54 AM Central Daylight Time
**From:** UPS
**To:** Tammy Thornton

**CAUTION - EXTERNAL:**

### Hello, your package has been delivered.

**Delivery Date:** Tuesday, 07/19/2022
**Delivery Time:** 10:13 AM
**Signed by:** HARRIS

## US DISTRICT COURT

| | |
|---|---|
| **Tracking Number:** | 1Z3388762495304977 |
| **Ship To:** | JOE NATHAN JAMES<br>HOLMAN 3700<br>HOLMAN CORRECTIONAL FACILITY<br>ATMORE, AL 36503<br>US |
| **Number of Packages:** | 1 |
| **UPS Service:** | UPS Next Day Air® |
| **Package Weight:** | 0.0 LBS |
| **Reference Number:** | 22-CV-241-TFM |
| **Reference Number:** | MEH |

**Discover more about UPS:**

Visit www.ups.com

Sign Up For Additional E-Mail From UPS

Read Compass Online

Download the UPS mobile app

© 2022 United Parcel Service of America, Inc. UPS, the UPS brandmark, and the color brown are trademarks of United Parcel Service of America, Inc. All rights reserved.

All trademarks, trade names, or service marks that appear in connection with UPS's services are the property of their respective owners.

Please do not reply directly to this email. UPS will not receive any reply message.

**[Review the UPS Privacy Notice](#)**

**[For Questions, Visit Our Help and Support Center](#)**

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.