# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| **JOE NATHAN JAMES,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Case No. 1:22-cv-00241-TFM-N |
| | ) |
| **STEVE MARSHALL,** | ) |
| | ) |
| **Attorney General,** | ) |
| **State of Alabama** | ) |
| | ) |
| **Defendant.** | ) |

## SUGGESTION OF DEATH

Comes now Defendant, by and through the Attorney General of the State of Alabama, and shows the following:

In accordance with Rule 25(a), Steve Marshall, who is the Defendant in this action, notes the death during the pendency of this action of Petitioner Joe Nathan James. Petitioner James was lawfully executed on July 28, 2022. Defendant submits that Mr. James' death renders this action moot.

    Respectfully Submitted,

    Steve Marshall
    Attorney General

    ***s/ Richard D. Anderson*** **(AND075)**
    Richard D. Anderson
    *Assistant Attorney General*
    *Counsel for Defendant*

## CERTIFICATE OF SERVICE

Petitioner James brought this action *pro se*. Because Petitioner James is deceased, Defendant is unable to serve this pleading upon him**.**

*s/ Richard D. Anderson*
Richard D. Anderson
*Assistant Attorney General*
*Counsel for Defendant*

September 20, 2022

State of Alabama
Office of the Attorney General
501 Washington Avenue
Montgomery, Alabama 36130
Tel:  (334) 353-2021
Fax:  (334) 353-8400
richard.anderson@alabamaag.gov